AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

*Name of District Court, and/or Judge/Magistrate Location*
**NORTHERN DISTRICT OF CALIFORNIA**

E-filing

---

**OFFENSE CHARGED**

VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien after Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Imprisonment 20 years maximum; fine $250,000; $100 special assessment, and 3 years supervised release

---

**DEFENDANT - U.S.**

▶ LINO HERNANDEZ-ORDAZ,

DISTRICT COURT NUMBER

**CR07-00395 DLJ**

FILED
JUN 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. 

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  AUSA Chinhayi J. Coleman

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☑ Awaiting trial on other charges  } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of Institution
Santa Rita Jail

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed  4/23/2007

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

E-filing

UNITED STATES OF AMERICA,

V.

LINO HERNANDEZ-ORDAZ,

CR07-00395 DLJ

DEFENDANT.

## INDICTMENT

VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien after Deportation

---

A true bill.

_____
Foreman

Filed in open court this 21st day of June, 2007

_____
Clerk

Bail $ No bail, arrest warrant

SCOTT N. SCHOOLS (SC 09990)
United States Attorney

FILED

2007 JUN 21 PM 1:08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINO HERNANDEZ-ORDAZ,<br><br>Defendant. | No. CR07-00395<br><br>VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien after Deportation<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

On or about May 8, 2007, in the Northern District of California, the defendant,

LINO HERNANDEZ-ORDAZ,

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the

///

///

///

INDICTMENT

1 | defendant into the United States, in violation of Title 8, United States Code, Section 1326.

3 | DATED:   June 21, 2007                    A TRUE BILL.

                                              /s/
                                              FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

/s/
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form:   /s/                              )
                        AUSA Chinhayi J. Coleman

INDICTMENT