**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**Criminal Pretrial Minute Order**
**JUDGE D. LOWELL JENSEN**
**Date: 2/15/08**

**Clerk: Frances Stone**
**Court Reporter: DIANE SKILLMAN**

**Plaintiff:** United States

**v.** **No.** CR-07-00395-DLJ

**Defendant:** Lino Hernandez-Ordaz [present; in custody]

**Appearances for AUSA:** Jerome Matthews (for Hilary Fox)

**Appearances for Defendant:** Chinhayi Coleman

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:** **Ruling:**
**Setting/Stat** **-HELD**

**Notes:**

**Case Continued to 3/7/08 AT 9:00AM for STATUS**

**Case Continued to: for**
**Case Continued to: for**
**Motions to be filed by: Opposition Due:**
**Case Continued to for Pretrial Conference**

**Case Continued to for Trial**

**Excludable Delay: Category: Begins: 2/15/08 Ends:** 3/7/08