**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**Criminal Pretrial Minute Order**</u>
**JUDGE D. LOWELL JENSEN**
**Date:  3/7/08**

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                                   **No.**  CR-07-00395-DLJ

**Defendant:**  Lino Hernandez-Ordaz [present; in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:**  Hilary Fox

**Interpreter:** <u> not needed</u>

**Probation Officer:**

**Reason for Hearing:**               **Ruling:**

STATUS                              -HELD

**Notes:**

**Case Continued to      3/21/08 AT 9:00am     for  STATUS OR CHANGE OF PLEA**

**Case Continued to:          for**
**Case Continued to:          for**
**Motions to be filed by:       Opposition Due:**

**Case Continued to                        for Pretrial Conference**

**Case Continued to        for             Trial**

**Excludable Delay: Category: Begins:  3/7/08        Ends:** 3/21/08