UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  3/21/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                 **No.** CR-07-00395-DLJ

**Defendant:** Lino Hernandez-Ordaz [present; in custody]

**Appearances for AUSA:**  Chinhayi Coleman

**Appearances for Defendant:** Shawn Halbert

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                           -HELD

**Notes:**

**Case Continued to**   4/18/08 AT 9:00AM          for  SETTING/ OR CHANGE OF PLEA

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                         for Pretrial Conference

**Case Continued to**         for              Trial

**Excludable Delay: Category: Begins:**   3/21/08        **Ends:** 4/18/08