BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant LINO HERNANDEZ-ORDAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LINO HERNANDEZ-ORDAZ,<br><br>　　　　　Defendant. | No. CR 07-00395 DLJ<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FROM APRIL 18, 2008 TO MAY 23, 2008 AND FOR EXCLUSION OF TIME |

　　　　Defendant Lino Hernandez-Ordaz is scheduled to appear in court on Friday, April 18, 2008 at 9:00 a.m. for change of plea or setting. Undersigned counsel recently took over this case from AFPD Hilary Fox. The defense is requesting a continuance for additional time to review discovery and to meet with the client. Under the circumstances, the government is agreeable to the request for a continuance. The parties further stipulate and agree that the time between April 18, 2008 and May 23, 2008 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

　　　　For these reasons, the parties request that the Court order that this period of time between April 18, 2008 and May 23, 2008 should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the continuance is necessary for continuity of counsel and to provide

1  counsel for the defendant the reasonable time necessary for effective preparation, taking into account
2  the exercise of due diligence.
3  SO STIPULATED.
4  Dated: April 16, 2008                     /S/
5                                            _____
                                             SHAWN HALBERT
                                             Assistant United States Attorney
6  SO STIPULATED.
7  Dated: April 17, 2008                     /S/
8                                            _____
                                             CHINHAYI COLEMAN
                                             Assistant United States Attorney
9
10     I hereby attest that I have on file all holograph signatures for any signatures indicated by
11  a "conformed" signature (/S/) within this e-filed document.
12
13                                         **ORDER**
14     Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the
15  ORDER of this Court that the above-captioned matter, which is currently set for April 18, 2008 for
16  setting or change of plea, be continued to May 23, 2008, at 9:00 a.m. for change of plea or setting.
17     Based on the reasons provided in the stipulation of the parties above, the Court hereby
18  ORDERS that the time between April 18, 2008 to May 23, 2008 should be excluded from
19  calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) for continuity of
20  counsel and to provide counsel for the defendant the reasonable time necessary for effective
21  preparation, taking into account the exercise of due diligence.
22  Dated: April ___, 2008
23                                            _____
                                             D. LOWELL JENSEN
                                             United States District Judge
24
25
26