1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500

5  Counsel for Defendant LINO HERNANDEZ-ORDAZ

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00395 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE HEARING |
| | ) | DATE FROM APRIL 18, 2008 TO |
| LINO HERNANDEZ-ORDAZ, | ) | MAY 23, 2008 AND FOR |
| | ) | EXCLUSION OF TIME |
| Defendant. | ) | |

Defendant Lino Hernandez-Ordaz is scheduled to appear in court on Friday, April 18, 2008 at 9:00 a.m. for change of plea or setting. Undersigned counsel recently took over this case from AFPD Hilary Fox. The defense is requesting a continuance for additional time to review discovery and to meet with the client. Under the circumstances, the government is agreeable to the request for a continuance. The parties further stipulate and agree that the time between April 18, 2008 and May 23, 2008 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

For these reasons, the parties request that the Court order that this period of time between April 18, 2008 and May 23, 2008 should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv), because the continuance is necessary for continuity of counsel and to provide

1  counsel for the defendant the reasonable time necessary for effective preparation, taking into account
2  the exercise of due diligence.
3  SO STIPULATED.
4  Dated:      April 16, 2008                         /S/
5                                                     _____
                                                      SHAWN HALBERT
                                                      Assistant United States Attorney
6  SO STIPULATED.
7  Dated:      April 17, 2008                         /S/
8                                                     _____
                                                      CHINHAYI COLEMAN
                                                      Assistant United States Attorney

10  I hereby attest that I have on file all holograph signatures for any signatures indicated by
11  a "conformed" signature (/S/) within this e-filed document.

13  **ORDER**

14  Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER
15  of this Court that the above-captioned matter, which is currently set for April 18, 2008 for setting or
16  change of plea, be continued to May 23, 2008, at 9:00 a.m. for change of plea or setting.
17  Based on the reasons provided in the stipulation of the parties above, the Court hereby
18  ORDERS that the time between April 18, 2008 to May 23, 2008 should be excluded from
19  calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) for continuity of
20  counsel and to provide counsel for the defendant the reasonable time necessary for effective
21  preparation, taking into account the exercise of due diligence.
22  Dated:  April 17, 2008
                                                      _____
23                                                    D. LOWELL JENSEN
                                                      United States District Judge

- 2 -