1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, California  94607
4  Telephone:  (510) 637-3500

5  Counsel for Defendant HERNANDEZ-ORDAZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

   UNITED STATES OF AMERICA,            )      No. CR-07-395 DLJ
11                                       )
                    Plaintiff,           )
12                                       )
   vs.                                   )      NOTICE OF SUBSTITUTION OF
13                                       )      ATTORNEY
   LINO HERNANDEZ-ORDAZ,                 )
14                                       )
                    Defendant.           )
15  _____  )

16         The Federal Public Defender was previously appointed as counsel for defendant in the

17  above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

18  undersigned counsel, Assistant Federal Public Defender Colleen Martin, enters her general

19  appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.

20  Counsel's contact information is listed above.

21
   Dated: May 12, 2008
22                                    Respectfully submitted,

23                                    BARRY J. PORTMAN
                                      Federal Public Defender
24
                                      /S/
25
                                      COLLEEN MARTIN
26                                    Assistant Federal Public Defender

   Notice of Substitution of Attorney          1