1    BARRY J. PORTMAN
     Federal Public Defender
2    COLLEEN MARTIN
     Assistant Federal Public Defender
3    555 - 12th Street, Suite 650
     Oakland, California 94607
4    Telephone: (510) 637-3500

5    Counsel for Defendant HERNANDEZ-ORDAZ

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11   UNITED STATES OF AMERICA,          )    No. CR-07-395 DLJ
                                         )
12              Plaintiff,               )
                                         )
13   vs.                                 )    STIPULATION AND [PROPOSED]
                                         )    ORDER
14   LINO HERNANDEZ-ORDAZ,               )
                                         )
15              Defendant.               )
     _____)

16        IT IS HEREBY STIPULATED, by and between the parties to this action, that the

17   STATUS CONFERENCE currently scheduled for May 23, 2008, at 9:00 a.m. before the

18   Honorable D. Lowell Jensen, be continued to June 6, 2008, at 9:00 a.m.

19        The requested continuance is sought under the Speedy Trial Act, 18 U.S.C. §§

20   3161(H)(1)(F),(8)(A) and (B)(iv).  The current status is that Mr. Lino Hernandez-Ordaz is

21   charged with a violation of 8 U.S.C. §1326.  Undersigned counsel for the defense has been

22   newly assigned to the case and needs time to review the discovery in this case and to determine

23   whether any additional investigation is necessary.  The continuance would allow counsel for

24   the defense to review discovery and conduct any necessary investigation.  The failure to grant

25   such a continuance would unreasonably deny counsel for the defendant the reasonable time

26   necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION AND
[PROPOSED] ORDER                    1

1        The parties further stipulate that the time from May 23, 2008 to June 6, 2008, should be

2    excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A)

3    and (B)(iv) for adequate preparation of counsel.

4

5    DATED: May 15, 2008                    /S/

                                         CHINHAYI COLEMAN

6                                             Assistant United States Attorney

7

8    DATED:  May 15, 2008                  /S/

                                         COLLEEN MARTIN

9                                           Assistant Federal Public Defender

                                       Counsel for Lino Hernandez-Ordaz

10

11    I hereby attest that I have on file all holograph signatures for any signature indicated by a

12    "conformed" signature (/S/) within this e-filed document.

13    //

14    //

15    //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26

STIPULATION AND
[PROPOSED] ORDER         2

1

2                                    **ORDER**

3          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference

4   date in this case, currently scheduled for Friday, May 23, 2008, at 9:00 a.m. may be continued to

5   Friday, June 6, 2008, at 9:00 a.m. for status.

6          IT IS FURTHER ORDERED that the time from May 23, 2008 to June 6, 2008 should be

7   excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A)

8   and (B)(iv) for adequate preparation of counsel so that defense counsel can prepare and

9   investigate this case.  The Court finds that the ends of justice served by the granting of the

10  continuance outweigh the best interests of the public and the defendant in a speedy and public

11  trial and the failure to grant the requested continuance would unreasonably deny counsel the

12  reasonable time necessary for effective preparation, taking into account due diligence.

13         SO ORDERED.

14

15

16  DATED:                              _____

17                                      HONORABLE D. LOWELL JENSEN
                                        United States District Judge

18

19

20

21

22

23

24

25

26

STIPULATION AND
[PROPOSED] ORDER                          3