1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, California  94607
4  Telephone:  (510) 637-3500

5  Counsel for Defendant HERNANDEZ-ORDAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00395 DLJ |
| )  Plaintiff, ) | |
| ) vs. ) | STIPULATION AND ORDER |
| ) LINO HERNANDEZ-ORDAZ, ) | |
| )  Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE currently scheduled for May 23, 2008, at 9:00 a.m. before the Honorable D. Lowell Jensen, be continued to June 6, 2008, at 9:00 a.m.

The requested continuance is sought under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(1)(F),(8)(A) and (B)(iv).  The current status is that Mr. Lino Hernandez-Ordaz is charged with a violation of 8 U.S.C. §1326.  Undersigned counsel for the defense has been newly assigned to the case and needs time to review the discovery in this case and to determine whether any additional investigation is necessary.  The continuance would allow counsel for the defense to review discovery and conduct any necessary investigation.  The failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION AND
[PROPOSED] ORDER                                    1

1     The parties further stipulate that the time from May 23, 2008 to June 6, 2008, should be
2  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A)
3  and (B)(iv) for adequate preparation of counsel.

4

5  DATED: May 15, 2008                          /S/
                                                CHINHAYI COLEMAN
6                                               Assistant United States Attorney

7

8  DATED:  May 15, 2008                         /S/
                                                COLLEEN MARTIN
9                                               Assistant Federal Public Defender
                                                Counsel for Lino Hernandez-Ordaz
10

11
    I hereby attest that I have on file all holograph signatures for any signature indicated by a
12
    "conformed" signature (/S/) within this e-filed document.
13
    //
14
    //
15
    //
16
    //
17
    //
18
    //
19
    //
20
    //
21
    //
22
    //
23
    //
24
    //
25
    //
26

STIPULATION AND
[PROPOSED] ORDER                                2

1

2 **ORDER**

3    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference
4 date in this case, currently scheduled for Friday, May 23, 2008, at 9:00 a.m. may be continued to
5 Friday, June 6, 2008, at 9:00 a.m. for status.

6    IT IS FURTHER ORDERED that the time from May 23, 2008 to June 6, 2008 should be
7 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A)
8 and (B)(iv) for adequate preparation of counsel so that defense counsel can prepare and
9 investigate this case. The Court finds that the ends of justice served by the granting of the
10 continuance outweigh the best interests of the public and the defendant in a speedy and public
11 trial and the failure to grant the requested continuance would unreasonably deny counsel the
12 reasonable time necessary for effective preparation, taking into account due diligence.

13    SO ORDERED.

14

15
DATED: May 16, 2008
16
                                             _____
17                                           HONORABLE D. LOWELL JENSEN
                                             United States District Judge

18

19

20

21

22

23

24

25

26

STIPULATION AND
[PROPOSED] ORDER                              3