**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:   June 6, 2008

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                                              **No.** CR-07-00395-DLJ

**Defendant:** Lino Hernandez-Ordaz [in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Colleen Martin/AFPD
              Phil Schnayerson for Jesse Garcia (retained)

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
Stat/Substitution of Counsel      -HELD

Colleen Martin/AFPD is relieved as counsel of record for the Defendant.
Jesse Garica, retained counsel (by special appearance of Phil Schnayerson) is now retained counsel for the Defendant.

**Notes:**

**Case Continued to**   8/8/08 at 9:00AM            for  Status

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**
**Case Continued to**                       for Pretrial Conference

**Case Continued to**          for           Trial

**Excludable Delay: Category: Begins:  6/6/08        Ends: 8/8/08**