UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  August 8, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

v.                                                    **No.** CR-07-00395-DLJ

**Defendant:** Lino Hernandez-Ordaz [present; in custody; **spanish interpreter**]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Jesse Garcia

**Interpreter:** Ines Swaney- Spanish Interpreter

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                              -HELD

**Notes:**  Attorney Jesse Garcia requested spanish interpreter for today and future dates in this case.

**Case Continued to**   11/7/08 at 9:00AM      for  Stat/Setting

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                      for Pretrial Conference

**Case Continued to**         for             Trial

**Excludable Delay: Category: Begins:**  8/8/08     **Ends:** 11/7/08