LAURA DESKIN (CSBN 238556)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
(510) 887-7445

Attorney for Defendant
LINO HERNANDEZ-ORDAZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | CASE NO. CR-07-00395-DLJ |
| vs. | ) | **STIPULATION AND ORDER RE CONTINUANCE OF SENTENCING HEARING** |
| LINO HERNANDEZ-ORDAZ, | ) | |
| Defendant. | ) | |

  Lino Hernandez-Ordaz, by and through his counsel, Laura Deskin, and the United States Government, by and through its counsel, Dominique N. Thomas, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for January 15, 2010, be re-scheduled for January 29, 2010, at 10:00 a.m.

Dated: January 12, 2010

                     Respectfully submitted,

                     /s/ Laura Deskin
                     LAURA DESKIN
                     Attorney for Defendant
                     LINO HERNANDEZ-ORDAZ

STIPULATION AND ORDER TO CONTINUE SENTENCING
U.S. v. HERNANDEZ-ORDAZ CR-07-00395

1  DATED: January 12, 2010

2                                              /s/
3                                              _____
                                               DOMINIQUE N. THOMAS
                                               Authorized to sign for DOMINIQUE N. THOMAS
4                                              Assistant United States Attorney
                                               on January 13, 2010
5

6
   I hereby attest that I have on file all holograph signatures for any signature indicated by a
7  "conformed" signature (/S/) within this e-filed document.

8

9                              (PROPOSED) ORDER

10     The sentencing date presently scheduled for January 15, 2010, is continued to January 29
11 2010, at 10:00 a.m.

12 IT IS SO ORDERED.

13 DATED: January 15, 2010           _____
14                                   D. LOWELL JENSEN
                                     United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26
   STIPULATION AND ORDER TO CONTINUE SENTENCING
   U.S. v. HERNANDEZ-ORDAZ CR-07-00395                                         - 2 -